UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE FREER**,<br>    Petitioner,<br>   v.<br>**J. SOTO**, Warden, California State Prison, Los Angeles County,<br>    Respondent. | Case No. 14-cv-01227-YGR<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus, **IT IS ORDERED AND ADJUDGED** that Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**